## Overland Motor Company, Appellee, v. W. C. Foster, Appellant.

### Gen. No. 22,690.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN K. PRINDIVILLE, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 12, 1917. Rehearing denied March 26, 1917.

### Statement of the Case.

Action by Overland Motor Company, a corporation, plaintiff, against W. C. Foster, defendant, to recover $14.61 for goods, wares and merchandise sold and delivered, and for labor done and performed for defendant at his request. From a judgment for plaintiff for the amount claimed, defendant appeals.

FULTON, GAREY & DEUTSCHMAN, for appellant.

UNDERWOOD & SMYSER, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1.  MUNICIPAL COURT OF CHICAGO, § 27*—*necessity that record on appeal contain rules.* No advantage may be taken on appeal of an error of the Municipal Court based upon a rule of that court where neither the abstract of the record nor the bill of exceptions made a part of the record contains proof of such rule, as judicial notice will not be taken of the Municipal Court rules.

2.  MUNICIPAL COURT OF CHICAGO, § 29*—*when statement of claim is sufficient on appeal.* The statement of claim filed, *held* sufficient as showing a cause of action when questioned for the first time on appeal.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.